101 A.3d 28

**Jerome McINTYRE, Jr., DOC: KN–# 8184 Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Respondent.**

**No. 107 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 19, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**